**FILED**
**IN THE OFFICE OF THE**
**CLERK OF SUPREME COURT**
**SEPTEMBER 28, 2023**
**STATE OF NORTH DAKOTA**

# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 174

State of North Dakota,                                   Plaintiff and Appellee

v.

Nikki Sue Melissa Entzel,                         Defendant and Appellant

## No. 20230078

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Douglas A. Bahr, Judge.

AFFIRMED.

Per Curiam.

Julie A. Lawyer, State's Attorney, Bismarck, N.D., for plaintiff and appellee.

Samuel A. Gereszek, Grand Forks, N.D., for defendant and appellant.

**Per Curiam.**

[¶1]   Nikki Sue Entzel appeals from a criminal judgment entered after a jury convicted her of conspiracy to commit murder. She argues insufficient evidence supports the conviction because her coconspirator did not testify regarding her agreement to commit murder. After reviewing the record, we conclude evidence was presented allowing the jury to draw an inference reasonably tending to prove guilt and fairly warranting a conviction. *See State v. Noble*, 2023 ND 119, ¶ 4, 992 N.W.2d 518 (explaining "this Court merely reviews the record to determine if there is competent evidence allowing the jury to draw an inference reasonably tending to prove guilt and fairly warranting a conviction"). We summarily affirm the judgment under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
          Daniel J. Crothers
          Lisa Fair McEvers
          Jerod E. Tufte
          Stacy J. Louser, D.J.

[¶3]   The Honorable Stacy J. Louser, District Judge, sitting in place of Bahr, J., disqualified.